UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERIC,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOSEPH EUGENE CLARK,** | )        No. 2:15-cr-187-GZS |
| | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 19, 2016, his Recommended Decision (ECF No. 51). Defendant filed his Objection to the Recommended Decision (ECF No. 57) on August 12, 2016. The United States filed a Response to the Recommended Decision (ECF No. 58) on August 17, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	It is **ORDERED** that Defendant's Motion to Suppress (ECF No. 23) is hereby **GRANTED** with respect to the statement: "You got good information, don't you?" and otherwise **DENIED**.

					/s/George Z. Singal_____
					U.S. District Judge

Dated this 29th day of August, 2016.